HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
DOROTEO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00168-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| BARRAZA-GARCIA ET AL | Date: January 13, 2022 |
| Defendant. | Time: 9:30 a.m. Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through James Conolly, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Doroteo Garcia, and Defendant Angel Barraza Garcia by and through Attorney Clemente Jimenez, that the status hearing be continued to March 10, 2022, at 9:30 a.m. and that the Court exclude time pursuant to the Speedy Trial Act.

Defense counsel desires additional time to consult with their client, to review discovery, to evaluate potential defenses, and to otherwise prepare for trial.  In light of Covid 19, and the limitations and challenges presented, counsel's schedule requires more time to complete these essential functions.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise

1    of due diligence and the difficulties that the COVID-19 pandemic creates for effective client

2    preparation and consultation.

3            The government does not object to the continuance.

4            Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

5    excluded from this order's date through and including March 10, 2022,  as previously ordered,

6    pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order

7    479, Local Code T4 based upon continuity of counsel and defense preparation.

8    Dated:  January 11, 2022

                                        HEATHER E. WILLIAMS
9                                       Federal Defender


10                                      */s/ Mia Crager*
11                                      MIA CRAGER
                                        Assistant Federal Defender
12                                      Attorney for Defendant
                                        DOROTEO GARCIA
13
     Dated: January 11, 2022
14                                      */s/ Clemente Jimenez*
                                        CLEMENTE JIMINEZ
15                                      Attorney for Defendant
                                        ANGEL BARRAZA-GARCIA
16

17
     Dated: January 11, 2022
18
                                        PHILLIP A. TALBERT
19                                      United States Attorney

20                                      */s/ James Conolly*
21                                      JAMES CONOLLY
                                        Assistant United States Attorney
22                                      Attorney for Plaintiff

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 10, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the January 13, 2022 status conference shall be continued until March 10, 2022, at 9:30 a.m.

Dated: January 11, 2022

_____
Troy L. Nunley
United States District Judge