PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL JOVANI BARRAZA-GARCIA,<br>SAUL ADRIAN HEREDIA-BOJORQUEZ,<br>DOROTEO ASUERES-GARCIA, AND<br>MANUEL DE JESUS SANTOS LUGO,<br><br>Defendants. | CASE NO. 2:19-CR-0168-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 17, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   By previous order, this matter was set for status on November 17, 2022.

2.   By this stipulation, defendant **Doroteo Asueres Garcia** now moves to continue the status conference to **January 26, 2023, at 9:30 a.m**., and to exclude time between November 17, 2022, and January 26, 2023, under Local Code T4.

3.   Defendant Saul Heredia-Bojorquez has pleaded guilty and been sentenced in this case. Defendant Angel Barraza-Garcia has requested that the Court set his case for hearing on his change of plea, on November 17, 2022, and does not join in this stipulation.

4.   The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes investigative reports, photographs, physical narcotics evidence, and video surveillance. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

  b)   Defense counsel desires additional time to review the charges and discovery, conduct investigation, and consult with her client regarding potential defenses in this matter.

  c)   Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d)   The government does not object to the continuance.

  e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between November 17, 2022, and January 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 15, 2022      PHILLIP A. TALBERT
                Acting United States Attorney

                   /s/ JAMES R. CONOLLY
                JAMES R. CONOLLY
                Assistant United States Attorney

Dated: November 15, 2022      /s/ NOA OREN
                NOA OREN
                Assistant Federal Defender
                Counsel for Defendant
                DOROTEO ASUERES-GARCIA

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of November, 2022.

_____
Troy L. Nunley
United States District Judge