HEATHER E. WILLIAMS, #122664
Federal Defender
NOA EVA OREN, #297100 Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorney for Defendant
DOROTEO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARRAZA-GARCIA ET AL<br><br>Defendant. | Case No. 2:19-cr-00168-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: January 26, 2023<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through James Conolly, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren attorneys for Doroteo Garcia, that the status hearing be continued to June 8, 2023 and that the Court exclude time pursuant to the Speedy Trial Act.

　　　Defense counsel desires additional time to consult with their clients, to review discovery, to evaluate potential defenses, and to otherwise prepare for trial.

　　　Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the difficulties that the COVID-19 pandemic creates for effective client preparation and consultation.

　　　The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 8, 2023, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 20, 2023

          HEATHER E. WILLIAMS
          Federal Defender

          */s/ Noa Oren*
          NOA OREN
          Assistant Federal Defender
          Attorney for Defendant
          DOROTEO GARCIA

Dated: January 20, 2023

          PHILLIP A. TALBERT
          United States Attorney

          */s/ James Conolly*
          JAMES CONOLLY
          Assistant United States Attorney
          Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 8, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the January 26, 2023 status conference shall be continued until June 8, 2023, at 9:30 a.m.

Dated: January  23, 2023

Troy L. Nunley
United States District Judge