HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DOROTEO ASUERES GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00168-TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| DOROTEO ASUERES GARCIA, | ) |
| Defendant. | ) Date: June 8, 2023<br>) Time: 9:30 a.m.<br>) Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Doroteo Asueres Garcia, that the status conference, currently scheduled for June 8, 2023, be continued to August 17, 2023 at 9:30 a.m.

Defense counsel needs more time to conduct and investigation and meet with her client. Defense counsel will also be on leave for three weeks in June. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 17, 2023; pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation and continuity of counsel.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 5, 2023  
　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS  
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　/s/ *Mia Crager*  
　　　　　　　　　　　　　　　　　　MIA CRAGER  
　　　　　　　　　　　　　　　　　　Assistant Federal Defender  
　　　　　　　　　　　　　　　　　　Attorney for Defendant  
　　　　　　　　　　　　　　　　　　DOROTEO ASUERES GARCIA

Dated: June 5, 2023  
　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT  
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ *James Conolly*  
　　　　　　　　　　　　　　　　　　JAMES CONOLLY  
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney  
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Stipulation and Order to Continue Status Conference　　　　-2-

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 17, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 8, 2023 status conference shall be continued until August 17, 2023, at 9:30 a.m.

Dated: June 6, 2023

Troy L. Nunley
United States District Judge