HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DOROTEO ASUERES GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOROTEO ASUERES GARCIA,<br><br>Defendant. | Case No. 2:19-cr-00168-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: October 19, 2023<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Doroteo Asueres Garcia, that the status conference, currently scheduled for October 19, 2023, be continued to November 16, 2023 at 9:30 a.m.

The parties are very close to a resolution in this case but defense counsel needs more time to meet with her client, who is housed at CVA. The parties anticipate a potential change of plea on the continued date. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 16, 2023; pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

2  based upon continuity of counsel and defense preparation and continuity of counsel.

3      Counsel and the defendant also agree that the ends of justice served by the Court granting

4  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

5      Respectfully submitted,

6  Dated: October 16, 2023    HEATHER E. WILLIAMS
    Federal Defender

7

8      /s/ *Mia Crager*
    MIA CRAGER

9      Assistant Federal Defender
    Attorney for Defendant

10     DOROTEO ASUERES GARCIA

11 Dated: October 16, 2023
    PHILLIP A. TALBERT

12     United States Attorney

13     /s/ *James Conolly*
    JAMES CONOLLY

14     Assistant U.S. Attorney
    Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status Conference     -2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 16, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 19, 2023 status conference shall be continued until November 16, 2023, at 9:30 a.m.

Dated:  October 17, 2023

Troy L. Nunley
United States District Judge