HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DOROTEO ASUERES GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-00168-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND CONVERT TO A CHANGE OF PLEA HEARING |
| vs. | ) ) | |
| DOROTEO ASUERES GARCIA, | ) ) | Date: November 16, 2023 Time:  9:30 a.m. |
| Defendant. | ) ) ) | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through  Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Doroteo Asueres Garcia, that the status conference, currently scheduled for November 16, 2023, be continued to November 30, 2023 at 9:30 a.m and converted into a change of plea hearing.

The parties are very close to a resolution in this case but defense counsel needs more time to meet with her client, who is housed at CVA, and the U.S. Marshals need time to transport Mr. Garcia to Sacramento.  The parties request that a change of plea hearing be set for November 30, 2023. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

1   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2   excluded of this order's date through and including November 30, 2023; pursuant to 18 U.S.C.
3   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4   based upon continuity of counsel and defense preparation and continuity of counsel.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                            Respectfully submitted,

Dated: November 14, 2023          HEATHER E. WILLIAMS
                                               Federal Defender

                                               /s/ *Mia Crager*
                                             MIA CRAGER
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             DOROTEO ASUERES GARCIA

Dated: November 14, 2023

                                             PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ *James Conolly*
                                             JAMES CONOLLY
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 30, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 16, 2023 status conference shall be continued until November 30, 2023, at 9:30 a.m and converted into a change of plea hearing.

Dated:  November 14, 2023

_____
Troy L. Nunley
United States District Judge